AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
для the
District of Connecticut

FILED
2017 FEB 22 AM 9 35
U.S. DISTRICT COURT
NEW HAVEN, CT.

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Website www.tdptools.com that is Hosted on the Server Having IP Address 173.255.215.170 Stored at Premises Controlled by Linode, LLC

Case No. 3:17mj198 (SALM)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: See Attachment A, which is incorporate herein by reference.

located in the _____ District of __New Jersey__, there is now concealed *(identify the person or describe the property to be seized)*: See Attachment B, which is incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2320 | Trafficking in counterfeit goods; making, selling, or possessing any punch, die, or |
| 21 U.S.C. § 331(i)(2) | other device designed to reproduce the trademark of a drug; distribution of |
| 21 U.S.C. § 841(a)(2) | controlled substances/counterfeit controlled substances. |

The application is based on these facts:

See Attached Affidavit of DEA Diversion Investigator Valerie J. Moritz, which is incorporated herein by reference.

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of __180__ days (give exact ending date if more than 30 days: __08/21/2017__) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Valerie J. Moritz, Diversion Investigator, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 22Feb2017

City and state: New Haven, Connecticut

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Information to be disclosed by Linode, LLC

For the time period May 11, 2016 to the present, all data and records residing on or associated with the computer server having internet protocol address 173.255.215.170 or the website www.tdptools.com that is stored at premises controlled by Linode, LLC ("Linode"), a company located at 329 E. Jimmie Leeds Road, Suite A, Galloway, NJ 08205.

## ATTACHMENT B

### Property to be Seized

For the time period May 11, 2016 to the present, evidence, contraband, fruits, or instrumentalities relating to the trafficking or attempted trafficking of tools, dies, presses, and other devices used to imprint trademarks on counterfeit prescription drugs, in violation of (i) 18 U.S.C. § 2320 (trafficking in counterfeit goods); (ii) 21 U.S.C. § 331(i)(2) (making, selling, or possessing any punch, die, or other device designed to reproduce the trademark of a drug); and (iii) 21 U.S.C. § 841(a)(2) (distribution of controlled substances/counterfeit controlled substances); including, but not limited to, the following:

1. Records related to the website www.tdptools.com, including sales information, order information, customer information, payment information, e-mails, and other communications, concerning the illegal manufacture, marketing, purchase, sale, possession, receipt, and distribution of devices, including, but not limited to, punches, dies, plates, stones, tools, and other things, designed to print, imprint, or reproduce the trademark, trade name, or other identifying mark or imprint to produce counterfeit prescription drugs or prescription drugs from any pharmaceutical companies or drug manufacturers; and

2. Records, including e-mail and other communications, identifying any individuals who owned, used, operated, administered, controlled or accessed the website www.tdptools.com, as well as records that help reveal the whereabouts of such individuals, including, but not limited to, domain registration records, subscriber contact information, website or account access logs, e-mail header information, and e-mail messages that provide identifying information about those individuals such as names, nicknames, telephone numbers, physical or e-mail addresses, or financial or other account numbers.