# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Website www.tdptools.com that is Hosted on the Server Having IP Address 173.255.215.170 Stored at Premises Controlled by Linode, LLC | )<br>)<br>)  Case No. 3:17mj198 (SALM)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Jersey___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporate herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

the records, information, and property described in Attachment B, which is incorporated herein by reference and is evidence of violations of (i) 18 U.S.C. § 2320 (trafficking in counterfeit goods); (ii) 21 U.S.C. § 331(i)(2) (making, selling, or possessing any punch, die, or other device designed to reproduce the trademark of a drug); and (iii) 21 U.S.C. § 841(a)(2) (distribution of controlled substances/counterfeit controlled substances).

**YOU ARE COMMANDED** to execute this warrant on or before ___March 8, 2017___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___United States Magistrate Judge Sarah A. L. Merriam___.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of ___08/21/2017___

Date and time issued: ___9:30am 22Feb2017___

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: ___New Haven, CT___   Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:17mj198 (SACM) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## Information to be disclosed by Linode, LLC

For the time period May 11, 2016 to the present, all data and records residing on or associated with the computer server having internet protocol address 173.255.215.170 or the website www.tdptools.com that is stored at premises controlled by Linode, LLC ("Linode"), a company located at 329 E. Jimmie Leeds Road, Suite A, Galloway, NJ 08205.

# ATTACHMENT B

## Property to be Seized

For the time period May 11, 2016 to the present, evidence, contraband, fruits, or instrumentalities relating to the trafficking or attempted trafficking of tools, dies, presses, and other devices used to imprint trademarks on counterfeit prescription drugs, in violation of (i) 18 U.S.C. § 2320 (trafficking in counterfeit goods); (ii) 21 U.S.C. § 331(i)(2) (making, selling, or possessing any punch, die, or other device designed to reproduce the trademark of a drug); and (iii) 21 U.S.C. § 841(a)(2) (distribution of controlled substances/counterfeit controlled substances); including, but not limited to, the following:

1. Records related to the website www.tdptools.com, including sales information, order information, customer information, payment information, e-mails, and other communications, concerning the illegal manufacture, marketing, purchase, sale, possession, receipt, and distribution of devices, including, but not limited to, punches, dies, plates, stones, tools, and other things, designed to print, imprint, or reproduce the trademark, trade name, or other identifying mark or imprint to produce counterfeit prescription drugs or prescription drugs from any pharmaceutical companies or drug manufacturers; and

2. Records, including e-mail and other communications, identifying any individuals who owned, used, operated, administered, controlled or accessed the website www.tdptools.com, as well as records that help reveal the whereabouts of such individuals, including, but not limited to, domain registration records, subscriber contact information, website or account access logs, e-mail header information, and e-mail messages that provide identifying information about those individuals such as names, nicknames, telephone numbers, physical or e-mail addresses, or financial or other account numbers.